7jgmtwoh (7/12)

# UNITED STATES BANKRUPTCY COURT
# WESTERN DISTRICT OF MISSOURI

*In Re:* Steven W. Hewes
*Debtor*

**Bankruptcy Case No.**
13–41309–can7

**Erlene Krigel**
    Plaintiff(s)

**Adversary Case No.**
14–04022–can

v.

**Steven W. Hewes**
    Defendant(s)

# JUDGMENT

    The issues of this proceeding having been duly considered by the Honorable Cynthia A. Norton , United States Bankruptcy Judge, and a decision having been reached without trial or hearing.

*IT IS ORDERED AND ADJUDGED*: 1. The Defendant is ordered, within thirty (30) days after entry of this Order, to turn over to the sum of $15,981.00 as property of the bankruptcy estate; and to pay $1,193.00 to Krigel & Krigel, PC attorneys fees and filing fee for this action.
2. Should Defendant fail to timely comply with the foregoing requirements, the Court shall deny the Defendants discharge.
3. This Judgment is a final judgment for purposes of execution.

Ann Thompson
Court Executive

By: /s/ Jamie McAdams
    Deputy Clerk

Date of issuance: 5/12/14

Court to serve